IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:20-cv-05622

Judge Elaine E. Bucklo

Magistrate Judge Beth W. Jantz

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 416 | Dciszl |
| 740 | Trjyr |
| 298 | DIYFINDING |
| 806 | yicangshiyingyoutongmaoyiyouxiangongsi |
| 683 | RuRuYunYe |
| 809 | yiqilai-us |
| 332 | Sisterinthebow |
| 438 | ESUFEIR |
| 449 | FOOING |
| 721 | surprisestore |
| 723 | SYGBstore |
| 853 | Zspace store |
| 392 | BXQC |
| 801 | Yayi store |
| 286 | andy-rocky |
| 314 | Kiko-Love |
| 679 | Rolisa-EC |
| 95 | oyeah |
| 96 | Temmys Direct |

DATED: October 26, 2020          Respectfully submitted,

                                         */s/ Keith A. Vogt*
                                         Keith A. Vogt (Bar No. 6207971)
                                         Keith Vogt, Ltd.
                                         111 West Jackson Boulevard, Suite 1700
                                         Chicago, Illinois 60604
                                         Telephone: 312-675-6079
                                         E-mail: keith@vogtip.com

                                         ***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 26, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                    */s/ Keith A. Vogt*
                                                    Keith A. Vogt