IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:20-cv-05622

Judge Elaine E. Bucklo

Magistrate Judge Beth W. Jantz

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 770 | Wofpounch |
| 617 | Maxwelly |
| 595 | Love Hobby Drone |
| 469 | goldenfire |
| 530 | jiangsudahouyunshang |
| 65 | zhangyun99 |
| 19 | ice_zhanglin |
| 20 | xionghuilan |
| 11 | Kelecha1 |
| 47 | yangxianlang |
| 316 | lady's bug |
| 18 | heartattack6 |
| 52 | Fitting2018 |
| 53 | hongshaorou |
| 55 | miaorengfeng |
| 315 | KingStar2020 |
| 430 | Dyllutrwhe |
| 769 | wittystore |
| 751 | Vobor |
| 345 | zhangjianru0 |
| 526 | JHMYOU |

| | |
|---|---|
| 867 | Global Sporting &Outdoor Store |
| 264 | steracmar126 |
| 258 | sorryyouy |
| 204 | crowdbilishop |
| 353 | Afgyuqa |
| 227 | kasin4value-autosmartuk |
| 228 | kasin-688 |
| 63 | xiongmaor |
| 62 | PPED |
| 64 | yangxiaoq |
| 245 | noworrystore |
| 302 | E-Zone |
| 240 | maytrpssx |
| 535 | Jiecikou ♡ Quantity Discounts Avaliable ☆☆ |
| 3 | lcmj2018ca |
| 4 | yvws4965 |
| 631 | MirooyuDirect |
| 178 | Hohhot Octavia Dance Fitness Apparel Co., Ltd. |
| 200 | biggertearice |
| 260 | sosov5 |
| 232 | libing36920133 |
| 198 | baodelanshop |
| 230 | kwotop2014 |
| 210 | freshmall3 |
| 246 | ouyou2010 |
| 273 | twinjoy |
| 276 | wheatriver |
| 219 | hugurlife |

DATED: November 9, 2020             Respectfully submitted,

> */s/ Keith A. Vogt*
> Keith A. Vogt (Bar No. 6207971)
> Keith Vogt, Ltd.
> 111 West Jackson Boulevard, Suite 1700
> Chicago, Illinois 60604
> Telephone: 312-675-6079
> E-mail: keith@vogtip.com
>
> ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 9, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt