IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:20-cv-05622

Judge Elaine E. Bucklo

Magistrate Judge Beth W. Jantz

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 57 | xiehongyu |
| 297 | DDF |
| 822 | YSMOTO |
| 422 | Dojoy |
| 807 | Yi-gog |
| 217 | holimori |
| 916 | Yiwu Groutop Import And Export Co., Ltd. |
| 655 | OFFICIAL STORE US |
| 414 | datongshidaanjiansheanzhuangyouxianzerengongsi |
| 743 | U.S. OFFICIAL AUTHORIZATION |
| 253 | shihang6655 |
| 376 | Bayroom |
| 554 | Kaisky Co,.Ltd |
| 656 | One-Heart |
| 420 | DIANZICHENGPING |
| 814 | YONG SI JI KE JI LTD |
| 776 | XiangChengShiCaiPingBaiHuoDian |
| 439 | Ewing Innovative |
| 663 | Pleasay |
| 375 | bayalmost |
| 666 | Pzikork Direct |

| 7 | itechcool |
|---|---|
| 271 | topgoodgoods |
| 207 | excellbay |
| 221 | identyyou006 |
| 263 | stayfocuson99 |
| 701 | Shenzhen Roin co.,Ltd |
| 289 | BTMETER Tool Depot |
| 309 | HoldPeak |
| 816 | yongteng-zhe |
| 644 | Nbspirit |
| 485 | Health Cottage |
| 223 | infrared-us |
| 224 | infra-us |
| 218 | hoporise |
| 734 | Tianquan Electronic |
| 551 | JunMei Store |
| 645 | Nesan1 |
| 447 | Firestrive |
| 739 | Top WH |
| 479 | hahahou |
| 365 | AY0123 |
| 388 | Boknait Mk |
| 270 | thylovejk |
| 545 | Jreeo |
| 750 | vaskey |
| 664 | Plyistyus |
| 761 | wasooo |
| 363 | Aosiyp-u |
| 407 | Cosiki |
| 482 | Hakeeta us |
| 508 | Huidell |
| 618 | meeqii |
| 41 | Xioyuanang |
| 40 | Huwenkot |
| 917 | Yiwu Jiayi Commodity Co., Ltd. |
| 918 | Yiwu Zhong Lai Commodity Co., Ltd. |
| 409 | DaiXianZhuangHuRenBianLiDian |
| 442 | FAK trade |
| 823 | YUAN AI STORE |
| 472 | Grehod |
| 834 | ZhaGeW |
| 845 | ZHOUXIANUS |
| 501 | HOUADDY |
| 445 | fengfeilinghao888 |

| | |
|---|---|
| 495 | Hntyanpeng |
| 558 | KHUGDS |
| 697 | ShanXiXuShiShangMaoYouXianGongSi |
| 455 | FuZhuangYiMaoDian1 |
| 767 | Whan008t0 |
| 349 | 0AZNnk0 |
| 762 | WeiMing Qin |
| 163 | Santi |

DATED: November 23, 2020                     Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 23, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                               */s/ Keith A. Vogt*
                                                               Keith A. Vogt